385 A.2d 966

**In re Nomination Petition of T. Milton STREET as Democratic Candidate for the Office of Representative in the General Assembly, 181st Legislative District.**

**Appeal of James BENSON, Objector.**

Supreme Court of Pennsylvania.

Argued April 20, 1978.

Decided April 27, 1978.

Charles Lang Duncan, Jr., Philadelphia, for appellant. John Street, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM.

Order affirmed.

NIX, J., did not participate in the consideration or decision of this case.